## Millard F. Fuller by his Guardian, Appellant, v. Albert H. Oettle, Appellee.

### (Not to be reported in full.)

Appeal from the County Court of Calhoun county; the Hon. CHARLES E. COOK, Judge, presiding. Heard in this court at the April term, 1914. Appeal dismissed. Opinion filed October 13, 1915.

### Statement of the Case.

Proceeding to try the right to property, taken on execution, by Millard F. Fuller, by his guardian, plaintiff, against Albert H. Oettle, defendant. Appeal by plaintiff dismissed.

JOSEPH MARSH, for appellant.

CHARLES TEMPLE, for appellee.

MR. JUSTICE THOMPSON delivered the opinion of the court.

## Abstract of the Decision.

APPEAL AND ERROR, § 1120*—*when appeal dismissed for insufficiency of record.* Where, in a proceeding to try the right to property taken on execution, the record on appeal fails to show any motion for a new trial or final judgment in the trial court, the appeal will be dismissed.